**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ANTONIO BETANCOURT,              :   No. 96 EM 2019

           Petitioner          :

               v.               :

COURT OF COMMON PLEAS OF   :
PHILADELPHIA COUNTY,       :

           Respondent     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of November, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.